## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JENNIFER M. STRAW AND THOMAS P. STRAW, INDIVIDUALLY AND AS CO-ADMINISTRATORS OF THE ESTATE OF ELIJAH C. STRAW, DECEASED; AND ROWAN J. STRAW, A MINOR, BY AND THROUGH HIS PARENTS AND NATURAL GUARDIANS, JENNIFER M. STRAW AND THOMAS P. STRAW.

v.

KIRK A. FAIR AND GOLON MASONRY RESTORATION, INC.

v.

PITTSBURGH LUBES, INC. D/B/A JIFFY LUBE, TOWER AUTO SALES & SERVICE, NATIONAL AUTOMOTIVE PARTS ASSOCIATION-NAPA AUTO PARTS T/D/B/A NAPA

v.

THOMAS P. STRAW

PETITION OF: TOWER AUTO SALES & SERVICE AND JOHN R. FANTO

: No. 322 WAL 2018
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:

JENNIFER M. STRAW AND THOMAS P. STRAW, INDIVIDUALLY AND AS CO-ADMINISTRATORS OF THE ESTATE OF ELIJAH C. STRAW, DECEASED; AND ROWAN J. STRAW, A MINOR, BY AND THROUGH HIS PARENTS AND

: No. 323 WAL 2018
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:

NATURAL GUARDIANS, JENNIFER M. STRAW AND THOMAS P. STRAW    :

   :

v.    :

   :

KIRK A. FAIR AND GOLON MASONRY RESTORATION, INC.    :

   :

v.    :

   :

PITTSBURGH LUBES, INC. D/B/A JIFFY LUBE, TOWER AUTO SALES & SERVICE, NATIONAL AUTOMOTIVE PARTS ASSOCIATION-NAPA AUTO PARTS T/D/B/A NAPA    :

   :

v.    :

   :

THOMAS P. STRAW    :

   :

PETITION OF: TOWER AUTO SALES & SERVICE AND JOHN R. FANTO    :

# ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.